**NOROTOS, INC., Plaintiff–Appellant,**

v.

**OPS–CORE, INC., Defendant–Appellee.**

No. 2013–1042.

United States Court of Appeals,
Federal Circuit.

April 9, 2013.

Edward R. Schwartz, Christie, Parker & Hale LLP, of Glendale, CA, argued for

plaintiff-appellant. With him on the brief was Thomas J. Daly.

Thomas B. Kenworthy, Morgan, Lewis & Bockius LLP, of Philadelphia, PA, argued for defendant-appellee.

PROST, REYNA, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**